# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

       Petitioner,       :       Case No. 3:13-cv-148

                                   District Judge Timothy S. Black
   -vs-                            Magistrate Judge Michael R. Merz
                            :

JAMES R. JOHNSON,

       Respondent.

## TRANSFER ORDER

With the consent of both of them, the reference of the above-captioned case is hereby transferred from The Honorable Sharon L. Ovington, Chief Magistrate Judge, to The Honorable Michael R. Merz.

May 10, 2013.

                                                                    s/ *Michael R. Merz*
                                                            United States Magistrate Judge